| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | KENNETH CHAMBERS (NYBN 5559885)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6488 |
| 7 | FAX: (415) 436-7234<br>Kenneth.Chambers@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

```
FILED

Jul 13 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:21-mj-71157 MAG | |
| Plaintiff, | ) | MOTION TO SEAL DOCUMENTS | |
| v. | ) | | |
| ANDREW JOSEPH MOLLICK, | ) | | |
| Defendant. | ) | | |

The United States, by and through its counsel, Assistant United States Attorney Kenneth Chambers, hereby moves this Court for an order sealing the governments' application for a sealing order, the sealing order, the Complaint, the Arrest Warrant, and all attachments in the above captioned case. Disclosure of the specified documents might jeopardize the defendant's arrest.

Accordingly, the United States requests that the Court seals these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary with counsel for the defendant, and that the Complaint and Arrest Warrant may be disclosed to agents of Homeland Security Investigations and other law

MOT. TO SEAL AND [PROP.] ORDER            1

1  enforcement officers in order to effectuate the arrest of the defendant.

3  DATED: July 13, 2021                          Respectfully submitted,

4                                                STEPHANIE M. HINDS
                                                 Acting United States Attorney

6                                                /s/ Kenneth Chambers
7                                                Kenneth Chambers
                                                 Assistant United States Attorney