# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, | Case No.: 3:21-MJ-71157-MAG |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO TRAVEL |
| JOSEPH ANDREW MOLLICK, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Joseph Mollick be permitted to travel to Texas from November 22 through November 30, 2021, to see his family for the Thanksgiving holiday. He is ordered to provide Pretrial Services with an itinerary before he departs, and to check in with Pretrial Services immediately upon his return. All other conditions of release shall remain the same.

Dated: 11/16/2021

_____
The Hon. Joseph C. Spero
United States Magistrate Judge

---

Unopposed Motion and [Proposed] Order to Travel; Case No. 3:21-MJ-71157-MAG